**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| RUPENDRA KAUR ARIF,<br>MUHAMMAD ATIF,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM,<br>ANDREW DAVIDSON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:25-cv-00056-TWP-KMB |

**ORDER DISMISSING ACTION AS MOOT**

Plaintiffs Rupendra Kaur Arif and Muhammad Atif (together, "Plaintiffs") initiated this action to compel Defendants Kristi Noem and Andrew Davidson (together, "Defendants") to take action on Plaintiffs' immigration petitions (Filing No. 1). On January 22, 2026, Defendants filed a Notice of Mootness stating that the U.S. Citizenship and Immigration Services had adjudicated and issued Plaintiffs' petitions, and contending that this matter is now moot (Filing No. 20). The Court ordered Plaintiffs to show cause by February 2, 2026, as to why the Court should not dismiss this action as moot (Filing No. 21).

The deadline has passed, and Plaintiffs have failed to respond to the Show Cause Order. Accordingly, the Court **DISMISSES** this action **as moot**. Defendants' Motion to Dismiss (Filing No. 17) is likewise **DENIED as moot**. Final judgment consistent with this Entry will issue under separate order.

**SO ORDERED.**

Date: 2/11/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Brittni Rivera
Kriezelman Burton and Associates
brivera@krilaw.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov