**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| RUPENDRA KAUR ARIF,<br>MUHAMMAD ATIF,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM,<br>ANDREW DAVIDSON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:25-cv-00056-TWP-KMB |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court, having this day made its Entry directing the entry of final judgment, now enters its **FINAL JUDGMENT**. Judgment is entered in favor of Defendants Kristi Noem and Andrew Davidson and against Plaintiffs Rupendra Kaur Arif and Muhammad Atif. This action is **TERMINATED**.

Dated: 2/11/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: ______________________
Deputy Clerk, U.S. District Court

Distribution:

Brittni Rivera
Kriezelman Burton and Associates
brivera@krilaw.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov